UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, A/K/A FANNIE MAE,<br><br>Plaintiff,<br><br>v.<br><br>BILL DAVIS; PHYLLIS DAVIS,<br><br>Defendants. | No.  2:13-cv-1159 TLN DAD PS<br><br><br>ORDER |

Defendants are proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 20, 2013, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and defendants have not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 20, 2013 (Doc. No. 3) are adopted in full;

2. This action is summarily remanded to the San Joaquin County Superior Court; and

3. This case is closed.

DATED: August 16, 2013

Troy L. Nunley
United States District Judge

2